IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NELSON SHIRLEY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:20-CV-261-RP |
| FMC TECHNOLOGIES, INC., TECHNIP FMC PLC, and TECHNIPFMC US HOLDINGS, INC., | § § § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

On this date, the Court issued an order adopting the report and recommendation of United States Magistrate Judge Susan Hightower. The Court therefore granted Plaintiff Nelson Shirley's ("Shirley") Application to Confirm Arbitration Award, (Dkt. 1), and denied Defendants FMC Technologies, Inc., Technip FMC PLC, and TechnipFMC US Holdings' ("FMC") Motion to Vacate Arbitration Award, (Dkt. 7).

Accordingly, the arbitrator's award, (Dkt. 1-4, at 13), is **CONFIRMED**, incorporated by reference, and shall be the judgment of this Court.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on December 2, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE